# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALICIA BIANCA CLINE,**

      **Plaintiff,**

v.                                Case No:    6:17-cv-1373-Orl-22DCI

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court for review of the final decision of the Commissioner of Social Security denying Plaintiff's application for disability benefits. The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be REVERSED and REMANDED for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 29, 2018 (Doc. No. 19), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner of Social Security denying Plaintiff's application for disability benefits is hereby REVERSED and REMANDED for further proceedings.

3. The Clerk is directed to enter judgment, accordingly, and CLOSE the case.

**DONE** and **ORDERED** in Orlando, Florida on April 16, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record